DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAQUEL FERNANDES,**
Appellant,

v.

**UROLOGY CENTER OF SOUTH FLORIDA,**
Appellee.

No. 4D20-2765

[November 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2020-CA-000994-AXXXX-MB.

Jason S. Remer and Rainier Regueiro of Remer & Georges-Pierre, PLLC, Miami, for appellant.

Kenneth M. Rehns of Ward Damon PL, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***